RECEIVED
JAN 1 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

26UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEREMIAH HALE | CIVIL ACTION NO. 1:16-CV-01126 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| UNITED STATES OF AMERICA, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hale's §2241 habeas petition is DENIED AND DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

Additionally, the Court notes the copy of the Report and Recommendation mailed November 2, 2017 to Mr. Hale's last known address was returned to the Clerk of Court on November 9, 2017, marked "return to sender." Thirty days have passed since November 9, 2017, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of January, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE